DENISE M. MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (STATE BAR NO. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    +1-650-614-7400
Facsimile:    +1-650-614-7401

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 5:17-cv-00561 <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Date Action Filed: February 3, 2017 |

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Synopsys, Inc. ("Synopsys") states that it has no parent corporation and that Blackrock, Inc., a publicly-held corporation, currently owns 10% or more of Synopsys's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no financial or non-financial interest in the subject matter in controversy or in a party to the proceeding to report.

Dated: February 3, 2017            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ *Denise M. Mingrone*
DENISE M. MINGRONE
Attorneys for Plaintiff
SYNOPSYS, INC.