| TO: | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION ON APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

(x) ACTION     ( ) APPEAL

| DOCKET NO:<br>5:17-cv-00561-NC | DATE FILED:<br>February 3, 2017 | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California<br>280 South 1st Street<br>San Jose, CA 95113 |
|---|---|---|

| PLAINTIFF:<br>Synopsys, Inc. | | DEFENDANT:<br>Ubiquiti Networks, Inc. |
|---|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. See Copy of Complaint Attached | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED     INCLUDED BY:
                  ( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED:<br>( ) Order     ( ) Judgment<br>*Susan Y. Soong*<br>Susan Y. Soong, Clerk | WRITTEN OPINION ATTACHED:<br>( ) Yes     ( ) No<br>*Sandy Nunes*<br>(by) Deputy Clerk, Sandy Nunes | DATE RENDERED:<br><br>Date Rendered |
|---|---|---|

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy