| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| DENISE M. MINGRONE, (SBN 135224)<br>ROBERT L. URIARTE, (SBN 258274)<br>ORRICK HERRINGTON & SUTCLIFFE, LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025-1015 | |

TELEPHONE NO.: (415) 773-5700   FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFF SYNOPSYS, INC.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: SYNOPSYS, INC.

DEFENDANT/RESPONDENT: UBIQUITI NETWORKS, INC., ET AL.

CASE NUMBER: 17-561-NC

**PROOF OF SERVICE OF SUMMONS IN A CIVIL ACTION**

Ref. No. or File No.: 1004571JG

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of :
   - a. ☒ Summons IN A CIVIL ACTION
   - b. ☒ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☒ Civil Case Cover Sheet (served in complex cases only)
   - e. ☐ cross-complaint
   - f. ☒ other (specify documents): PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION ON APPEAL REGARDING A COPYRIGHT; SETTLEMENT CONFERENCE STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS; TRIAL PREPARATION STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS; CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS
3. a. Party served: (specify name of party as shown on documents served):
      CHING-HAN TSAI
   b. Person served (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)(specify name and relationship to the party named in item 3a):
4. Address where the party was served: 5019 STERLING GROVE LANE
                                         SAN DIEGO, CA 92130
5. I served the party (check proper box)
   - a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): FEBRUARY 7, 2017  (2) at: (time) 7:26AM
   - b. ☐ by substituted service. On (date):    at: (time)    . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicated in item 3):
     - (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
     - (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
       (date):      (city):       or ☐ a declaration of mailing is attached.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure § 417.10

(5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

| PLANTIFF/PETITIONER: SYNOPSYS, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: UBIQUITI NETWORKS, INC., ET AL. | 17-561-NC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) (date):    (1) (city):
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)*. (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** (specify means of service and authorizing code section):
    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ on behalf of (specify):
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                    ☐ other:

7. **Person who served papers**
   a. Name: MANUEL ROBLES
   b. Address: 800 W. 1ST STREET, SUITE 200-B
      LOS ANGELES, CALIFORNIA 90012
   c. Telephone number: (213) 607-9000
   d. The fee for service was: $
   e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner  ☐ Employee  ☒ independent contractor.
      (ii) ☒ Registration No.:2346
      (iii) ☒ County: SAN DIEGO

USA Legal Network

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Or
9. ☐ I am a California sherif or marshal and I certify that the foregoing is true and correct.

Date: FEBRUARY 7, 2017

MANUEL ROBLES                                                */s/ Manuel Robles*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)          (SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use              **PROOF OF SERVICE OF SUMMONS**             Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]