| | |
|---|---|
| DENISE M. MINGRONE<br>(STATE BAR NO. 135224)<br>dmingrone@orrick.com<br>ROBERT L. URIARTE<br>(STATE BAR NO. 258274)<br>ruriarte@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone:   +1 650 614 7400<br>Facsimile:    +1 650 614 7401<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC. | JENNIFER LEE TAYLOR<br>(STATE BAR NO. 161368)<br>JTaylor@mofo.com<br>JOYCE LIOU<br>(STATE BAR NO. 277720)<br>JLiou@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone:  +1 415 268-7000<br>Facsimile:   +1 415 268-7522<br><br>Attorneys for Defendants<br>UBIQUITI NETWORKS, INC. and<br>CHING-HAN TSAI |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>UBIQUITI NETWORKS, INC., et al.<br><br>        Defendants. | **Case No. 5:17-cv-00561 (NC)**<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**CIVIL L.R. 6-1** |

Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Synopsys, Inc. and Defendants Ubiquiti Networks, Inc. and Ching-Han Tsai through respective counsel that the time by which Ubiquiti Networks, Inc. and Ching-Han Tsai may answer or otherwise respond to the operative complaint shall be extended to March 7, 2017.  There have been no previous modifications of any deadlines in this case and the stipulated extension does not affect the initial case management conference, currently scheduled for May 10, 2017.

Dated:  February 22, 2017

DENISE M. MINGRONE
ROBERT L. URIARTE
ORRICK, HERRINGTON & SULTCLIFFE LLP

By:   */s/ Denise M. Mingrone*
      DENISE M. MINGRONE

Attorneys for Plaintiff
SYNOPSYS, INC.

Dated:  February 22, 2017

JENNIFER LEE TAYLOR
JOYCE LIOU
AMANDA D. PHILLIPS
MORRISON & FOERSTER LLP

By:   */s/ Jennifer Lee Taylor*
      JENNIFER LEE TAYLOR

Attorneys for Defendants
UBIQUITI NETWORKS, INC. and
CHING-HAN TSAI

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  February 22, 2017     By:   */s/ Denise M. Mingrone*
      DENISE M. MINGRONE