| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (SBN 161368) |
|   | JTaylor@mofo.com |
| 2 | JOYCE LIOU (SBN 277720) |
|   | JLiou@mofo.com |
| 3 | AMANDA D. PHILLIPS (SBN 305614) |
|   | APhillips@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone:    (415) 268-7000 |
| 6 | Facsimile:    (415) 268-7522 |
| 7 | *Attorneys for Defendants* |
|   | UBIQUITI NETWORKS, INC. AND |
| 8 | CHING-HAN TSAI |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 5:17-cv-00561-NC |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF JENNIFER LEE TAYLOR** |
| UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive | |
| Defendants. | |

Notice of Appearance of Jennifer Lee Taylor
Case No. 5:17-cv-00561-NC
sf-3744831

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Jennifer Lee Taylor of the firm Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants Ubiquiti Networks, Inc. and Ching-Han Tsai in the above-referenced action. The Court and counsel for Plaintiff are respectfully requested to add Jennifer Lee Taylor to the service list for this action, and to send copies of all pleadings and notices to the following address:

>  Jennifer Lee Taylor
>  **Morrison & Foerster LLP**
>  425 Market Street
>  San Francisco, CA 94105
>  JTaylor@mofo.com

Jennifer Lee Taylor is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court of the Northern District of California.

Dated: February 28, 2017

JENNIFER LEE TAYLOR
JOYCE LIOU
AMANDA PHILLIPS
MORRISON & FOERSTER LLP

By:   /s/ *Jennifer Lee Taylor*
      JENNIFER LEE TAYLOR

*Attorneys for Defendants*
UBIQUITI NETWORKS, INC.,
CHING-HAN TSAI

NOTICE OF APPEARANCE OF JENNIFER LEE TAYLOR
CASE NO. 5:17-cv-00561-NC
sf-3744831

1