JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
JOYCE LIOU (SBN 277720)
JLiou@mofo.com
AMANDA D. PHILLIPS (SBN 305614)
APhillips@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

*Attorneys for Defendants*
UBIQUITI NETWORKS, INC. AND
CHING-HAN TSAI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>　　　　　　Defendants. | Case No. 5:17-cv-00561-NC<br><br>**NOTICE OF APPEARANCE OF JOYCE LIOU** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Joyce Liou of the firm Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants Ubiquiti Networks, Inc. and Ching-Han Tsai in the above-referenced action. The Court and counsel for Plaintiff are respectfully requested to add Joyce Liou to the service list for this action, and to send copies of all pleadings and notices to the following address:

> Joyce Liou
> **Morrison & Foerster LLP**
> 425 Market Street
> San Francisco, CA 94105
> JLiou@mofo.com

Joyce Liou is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court of the Northern District of California.

Dated: February 28, 2017

JENNIFER LEE TAYLOR
JOYCE LIOU
AMANDA PHILLIPS
MORRISON & FOERSTER LLP

By: /s/ *Joyce Liou*
    JOYCE LIOU

*Attorneys for Defendants*
UBIQUITI NETWORKS, INC.,
CHING-HAN TSAI