1  JENNIFER LEE TAYLOR (SBN 161368)
   JTaylor@mofo.com
2  JOYCE LIOU (SBN 277720)
   JLiou@mofo.com
3  AMANDA D. PHILLIPS (SBN 305614)
   APhillips@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:     (415) 268-7000
6  Facsimile:     (415) 268-7522

7  *Attorneys for Defendants*
   UBIQUITI NETWORKS, INC. AND
8  CHING-HAN TSAI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 5:17-cv-00561-NC |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF AMANDA D. PHILLIPS** |
| UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive | |
| Defendants. | |

NOTICE OF APPEARANCE OF AMANDA D. PHILLIPS
CASE NO. 5:17-cv-00561-NC
sf-3744850

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Amanda D. Phillips of the firm Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants Ubiquiti Networks, Inc. and Ching-Han Tsai in the above-referenced action. The Court and counsel for Plaintiff are respectfully requested to add Amanda D. Phillips to the service list for this action, and to send copies of all pleadings and notices to the following address:

> Amanda D. Phillips
> **Morrison & Foerster LLP**
> 425 Market Street
> San Francisco, CA 94105
> APhillips@mofo.com

Amanda D. Phillips is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court of the Northern District of California.

Dated: February 28, 2017

JENNIFER LEE TAYLOR
JOYCE LIOU
AMANDA PHILLIPS
MORRISON & FOERSTER LLP

By:   /s/ *Amanda D. Phillips*
      AMANDA D. PHILLIPS

*Attorneys for Defendants*
UBIQUITI NETWORKS, INC.,
CHING-HAN TSAI