POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>DENISE M. MINGRONE (SBN 135224)<br>ROBERT L. URIARTE (SBN 258274)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>1000 Marsh Road, Menlo Park, CA 94025-1015<br>TELEPHONE NO.: (650) 614-7400   FAX NO. *(Optional):* (650) 614-7401<br>E-MAIL ADDRESS *(Optional):* dmingrone@orrick.com<br>ATTORNEY FOR *(Name):* PLAINTIFF SYNOPSYS, INC. | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 280 S. First Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: United States District Court, Northern District | |
| PLAINTIFF/PETITIONER: Synopsys, Inc.<br>DEFENDANT/RESPONDENT: Ubiquiti Networks, Inc., et al. | CASE NUMBER:<br>5:17-cv-00561-NC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Please see Attachment A for additional documents served.

3. a. Party served *(specify name of party as shown on documents served):*
   Ubiquiti Networks International Limited

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   DLA Piper (company secretary of Ubiquiti Networks International Limited)

4. Address where the party was served:
   20th Floor, Edinburgh Tower, The Landmark, 15 Queen's Road Central, Hong Kong
5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 02/28/2017   (2) at *(time):* 10:20 a.m.
   b. [ ] **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Synopsys, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Ubiquiti Networks, Inc., et al. | 5:17-cv-00561-NC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
       ☑ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
       ☐ other:

7. **Person who served papers**
   a. Name: Yu Shin Man
   b. Address: 43rd Floor, Gloucester Tower, The Landmark, 15 Queen's Road Central, Hong Kong
   c. Telephone number: (852) 2218 9135
   d. The fee for service was: $
   e. I am:
       (1) ☑ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☐ a registered California process server:
           (i) ☐ owner ☐ employee ☐ independent contractor.
           (ii) Registration No.:
           (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: February 28, 2017

Yu Shin Man
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶ _____ (SIGNATURE)

*Synopsys, Inc. v. Ubiquiti Networks, et al.* – Case No. 5:17-cv-00561-NC

## ATTACHMENT A

1. Order Setting Initial Case Management Conference and ADR Deadlines;

2. Contents of Joint Case Management Statement;

3. Standing Order Regarding Case Management in Civil Cases;

4. Report on Filing or Determination of an Action on Appeal Regarding a Copyright;

5. Settlement Conference Standing Order Magistrate Judge Nathanael M. Cousins;

5. Trial Preparation Standing Order Magistrate Judge Nathanael M. Cousins;

6. Civil Standing Order Magistrate Judge Nathanael M. Cousins