JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
JOYCE LIOU (SBN 277720)
JLiou@mofo.com
AMANDA D. PHILLIPS (SBN 305614)
APhillips@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522

*Attorneys for Defendants*
UBIQUITI NETWORKS, INC. AND
CHING-HAN TSAI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>    Defendants. | Case No. 5:17-cv-00561-NC<br><br>**DEFENDANTS UBIQUITI NETWORKS, INC. AND CHING-HAN TSAI'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636(c), Defendants Ubiquiti Networks, Inc. and Ching-Han Tsai hereby decline to have a United States magistrate judge conduct all proceedings in this case, and hereby request that this case be reassigned to a United States district judge.

Dated: March 7, 2017

JENNIFER LEE TAYLOR
JOYCE LIOU
AMANDA PHILLIPS
MORRISON & FOERSTER LLP

By: /s/ *Jennifer Lee Taylor*
JENNIFER LEE TAYLOR

*Attorneys for Defendants*
UBIQUITI NETWORKS, INC. AND CHING-HAN TSAI

UBIQUITI NETWORKS, INC. AND CHING-HAN TSAI'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
CASE NO. 5:17-cv-00561-NC
sf-3746911

1