| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (SBN 161368) |
| | JTaylor@mofo.com |
| 2 | JOYCE LIOU (SBN 277720) |
| | JLiou@mofo.com |
| 3 | AMANDA D. PHILLIPS (SBN 305614) |
| | APhillips@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 6 | Facsimile: (415) 268-7522 |
| 7 | *Attorneys for Defendants* |
| | UBIQUITI NETWORKS, INC. AND |
| 8 | CHING-HAN TSAI |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 5:17-cv-00561 |
| Plaintiff, | **DEFENDANTS UBIQUITI NETWORKS, INC.'S AND CHING-HAN TSAI'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)** |
| v. | |
| UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive | |
| Defendants. | |
| UBIQUITI NETWORKS, INC. | |
| Counterclaimant, | |
| v. | |
| SYNOPSYS, INC., | |
| Counterdefendant. | |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

Dated: March 7, 2017

JENNIFER LEE TAYLOR
JOYCE LIOU
AMANDA D. PHILLIPS
MORRISON & FOERSTER LLP

By:   */s/ Jennifer Lee Taylor*
          JENNIFER LEE TAYLOR

Attorneys for Defendants
UBIQUITI NETWORKS, INC. AND
CHING-HAN TSAI