1  DENISE M. MINGRONE
   (STATE BAR NO. 135224)
2  dmingrone@orrick.com
   ROBERT L. URIARTE
3  (STATE BAR NO. 258274)
   ruriarte@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025-1015
   Telephone:    +1 650 614 7400
6  Facsimile:    +1 650 614 7401

7  Attorneys for Plaintiff
   SYNOPSYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., et al.<br><br>Defendants. | Case No. **5:17-cv-00561-WHO**<br><br>**PROOF OF SERVICE** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

PROOF OF SERVICE
5:17-CV-00561-WHO

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On March 14, 2017, I served the following document(s) entitled:

**1.   CASE MANAGEMENT CONFERENCE ORDER**

on all interested parties to this action in the manner described as follows:

☒ **(VIA U.S. MAIL)** On March 14, 2017, by placing a true copy of the document(s) listed above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then sealing the envelope and depositing it in the U.S. mail at Menlo Park, California.

☐ **(VIA EMAIL)** On March 14, 2017, via electronic mail in Adobe PDF format the document(s) listed above to the electronic address(es) set forth below.

☐ **(VIA FACSIMILE)** By transmitting via facsimile the document(s) to the party(ies) at the facsimile number(s) referenced above before 5:00 p.m. on the above date.

☐ **(VIA OVERNIGHT-FED EX)** I caused the within document(s) to be delivered by overnight courier to the address(es) set forth below.

Counsel for Ubiquiti Networks, Inc. and Ching-Han Tsai:

Jennifer Lee Taylor, Esq.
Joyce Liou. Esq.
Amanda D. Phillips, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
Email: JTaylor@mofo.com
Email: JLiou@mofo.com
Email: APhillips@mofo.com

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on March 14, 2017, at Menlo Park, California.

/s/ Sema Virrueta
Sema Virrueta