1 JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
2 JOYCE LIOU (SBN 277720)
JLiou@mofo.com
3 AMANDA D. PHILLIPS (SBN 305614)
APhillips@mofo.com
4 MORRISON & FOERSTER LLP
425 Market Street
5 San Francisco, California  94105-2482
Telephone:    (415) 268-7000
6 Facsimile:    (415) 268-7522

7 *Attorneys for Specially-Appearing Defendant*
UBIQUITI NETWORKS INTERNATIONAL LIMITED
8

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>            Defendants. | Case No. 5:17-cv-00561-WHO<br><br>**DECLARATION OF GRACE CHEN IN SUPPORT OF DEFENDANT UBIQUITI NETWORKS INTERNATIONAL LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)**<br><br>Date: April 26, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Honorable William H. Orrick |

1  I, GRACE CHEN, declare as follows:

2      1.    My name is Grace Chen and I am employed by Ubiquiti Networks International Limited, Taiwan Branch, as Accounting Manager. I have served in that role since about December 2010 and am based in the Taipei, Taiwan office of the company. I submit this declaration in support of Ubiquiti Networks International Limited's motion to dismiss Synopsys, Inc.'s complaint for lack of personal jurisdiction and have personal knowledge of the following facts.

    2.    Ubiquiti Networks International Limited is a company incorporated under the laws of Hong Kong. Its registered office address is 18/F Edingburgh Tower The Landmark 15 Queen's Road Central, Hong Kong.

    3.    Ubiquiti Networks International Limited has a branch in Taiwan with a principal office at Suite 107, Floor 12, Song Ren Road, Xin Yi District, Taipei.

    4.    Ubiquiti Networks International Limited conducts business outside of the United States of America. It has not conducted and does not conduct any business within the State of California of the United States of America or within the Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of March, 2017, in Taipei, Taiwan.

By _____
GRACE CHEN