UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>  Defendants. | Case No. 5:17-cv-00561-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UBIQUITI NETWORKS INTERNATIONAL LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)** |

[PROPOSED] ORDER GRANTING UBIQUITI NETWORKS INTERNATIONAL LIMITED'S MOTION TO DISMISS
CASE NO. 5:17-CV-00561-WHO

On March 16, 2017, Defendant Ubiquiti Networks International Limited filed a Notice of Motion and Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2).

Having considered the motion, the declaration in support thereof, and the entirety of the record, and finding good cause shown, it is hereby **ORDERED** that Defendant Ubiquiti Networks International Limited's Motion to Dismiss be granted. Plaintiff's Complaint against Defendant Ubiquiti Networks International Limited is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge