JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
JOYCE LIOU (SBN 277720)
JLiou@mofo.com
AMANDA D. PHILLIPS (SBN 305614)
APhillips@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

*Attorneys for Specially-Appearing Defendant*
UBIQUITI NETWORKS INTERNATIONAL LIMITED

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>　　　　　　　Defendants. | Case No. 5:17-cv-00561<br><br>**DEFENDANT UBIQUITI NETWORKS INTERNATIONAL LIMITED'S DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel for Ubiquiti Networks International Limited ("UNIL"), certifies that UNIL's parent company is Ubiquiti International Holding Company Limited and that UNIL's grandparent company is Ubiquiti Networks, Inc., a publicly held company. No publicly held company directly owns 10% or more of Ubiquiti Networks International Limited.

Dated: March 21, 2017

JENNIFER LEE TAYLOR
JOYCE LIOU
AMANDA D. PHILLIPS
MORRISON & FOERSTER LLP

By: */s/ Jennifer Lee Taylor*
JENNIFER LEE TAYLOR

Attorneys for Defendant
UBIQUITI NETWORKS
INTERNATIONAL LIMITED