| | |
|---|---|
| DENISE M. MINGRONE (STATE BAR NO. 135224) dmingrone@orrick.com ROBERT L. URIARTE (STATE BAR NO. 258274) ruriarte@orrick.com ORRICK, HERRINGTON & SUTCLIFFE LLP 1000 Marsh Road Menlo Park, CA 94025-1015 Telephone: +1 650 614 7400 Facsimile: +1 650 614 7401 | JENNIFER LEE TAYLOR (STATE BAR NO. 161368) JTaylor@mofo.com JOYCE LIOU (STATE BAR NO. 277720) JLiou@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, CA 94105 Telephone: +1 415 268-7000 Facsimile: +1 415 268-7522 |
| Attorneys for Plaintiff SYNOPSYS, INC. | Specially-Appearing for Defendant UBIQUITI NETWORKS INTERNATIONAL LIMITED |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., et al. <br><br> Defendants. <br><br> UBIQUITI NETWORKS, INC. <br><br> Counterclaimant, <br><br> v. <br><br> SYNOPSYS, INC., <br><br> Counterdefendant. | **Case No. 3:17-cv-00561-WHO** <br><br> **JOINT STIPULATION REGARDING UBIQUITI NETWORKS INTERNATIONAL LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)** <br><br> Date: April 26, 2017 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 17th Floor <br> Judge: Hon. William H. Orrick |

Counsel for Plaintiff Synopsys, Inc. and specially-appearing counsel for Defendant Ubiquiti Networks International, Ltd. ("UNIL"), hereby stipulate to (and ask the Court to take note of) the following:

1. On March 16, 2017, UNIL specially appeared and filed a motion, pursuant to Federal Rule of Civil Procedure 12(b)(2), to dismiss Synopsys' complaint.

2. Synopsys' opposition to that motion to dismiss would have been due on March 30, 2017. But rather than file an opposition, Synopsys elected to file a first amended complaint, as a matter of course, pursuant to Federal Rule of Civil Procedure 15(a)(1).

3. Synopsys' first amended complaint supersedes its original complaint.

4. Because UNIL's motion to dismiss is directed at the now-superseded original complaint, UNIL's motion to dismiss has become moot.

5. Counsel for Synopsys and UNIL request that the Court deny UNIL's motion to dismiss as moot and vacate the currently-scheduled hearing on the motion to dismiss. That hearing has been scheduled for 2 p.m. on April 26, 2017.

Signatures for counsel are on the next page.

| | | |
|---|---|---|
| 1 | Dated:  March 30, 2017 | DENISE M. MINGRONE |
| 2 | | ROBERT L. URIARTE |
| | | ORRICK, HERRINGTON & SULTCLIFFE |
| 3 | | LLP |

Dated:  March 30, 2017

DENISE M. MINGRONE
ROBERT L. URIARTE
ORRICK, HERRINGTON & SULTCLIFFE LLP

By:  */s/Denise M. Mingrone*
     DENISE M. MINGRONE

Attorneys for Plaintiff
SYNOPSYS, INC.

Dated:  March 30, 2017

JENNIFER LEE TAYLOR
JOYCE LIOU
AMANDA D. PHILLIPS
MORRISON & FOERSTER LLP

By:  */s/Jennifer Lee Taylor*
     JENNIFER LEE TAYLOR

Specially-Appearing for Defendant
UBIQUITI NETWORKS
INTERNATIONAL LIMITED

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  March 30, 2017     By:  */s/Denise M. Mingrone*
     DENISE M. MINGRONE