1  DENISE M. MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
2  ROBERT L. URIARTE (STATE BAR NO. 258274)
   ruriarte@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
5  Facsimile:    +1 650 614 7401

6  Attorneys for Plaintiff/Counterdefendant
   SYNOPSYS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | SYNOPSYS, INC.,                              | Case No. 3:17-cv-00561-WHO
13 |              Plaintiff,                      | **JURY DEMAND**
14 |     v.                                       |
15 | UBIQUITI NETWORKS, INC., UBIQUITI            |
   | NETWORKS INTERNATIONAL LIMITED,              |
16 | CHING-HAN TSAI, and DOES 1-20,               |
   | inclusive,                                   |
17 |                                              |
   |              Defendants.                     |
18 |----------------------------------------------|
   | UBIQUITI NETWORKS, INC.,                     |
19 |                                              |
   |              Counterclaimant,                |
20 |     v.                                       |
21 | SYNOPSYS, INC.,                              |
22 |              Counterdefendant.               |
23

24

25

26

27

28

                                           JURY DEMAND
                                           CASE NO. 3:17-CV-00561-WHO

# **JURY DEMAND**

Synopsys, Inc. demands a jury trial on all issues presented in Ubiquiti Networks, Inc.'s counterclaim that are so triable.

Dated: April 11, 2017

DENISE M. MINGRONE
ROBERT L. URIARTE
Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Denise M. Mingrone*_____
DENISE M. MINGRONE
Attorneys for Plaintiff/Counterdefendant
SYNOPSYS, INC.