# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive <br><br> Defendants. | Case No. 5:17-cv-00561-WHO <br><br> **[PROPOSED] ORDER GRANTING COUNTERCLAIMANT UBIQUITI NETWORKS, INC.'S MOTION TO STRIKE SYNOPSYS, INC.'S FIFTEEN AFFIRMATIVE DEFENSES** |
| UBIQUITI NETWORKS, INC., <br><br> Counterclaimant, <br><br> v. <br><br> SYNOPSYS, INC., <br><br> Counterdefendant. | |

On April 11, 2017, Counterclaimant Ubiquiti Networks, Inc. filed a Notice of Motion and Motion to Strike the fifteen affirmative defenses in Synopsys, Inc.'s Answer to Ubiquiti Networks Inc.'s Counterclaims.

Having considered the motion and the entirety of the record, and finding good cause shown, it is hereby **ORDERED** that Counterclaimant Ubiquiti Networks Inc.'s Motion to Strike be granted. Counterdefendant Synopsys, Inc.'s fifteen affirmative defenses are hereby stricken.

**IT IS SO ORDERED.**

Dated: _____, 2017

HONORABLE WILLIAM H. ORRICK
United States District Judge