```
 1  JENNIFER LEE TAYLOR (SBN 161368)
    JTaylor@mofo.com
 2  STACEY M. SPRENKEL (SBN 241689)
    SSprenkel@mofo.com
 3  JOYCE LIOU (SBN 277720)
    JLiou@mofo.com
 4  AMANDA D. PHILLIPS (SBN 305614)
    APhillips@mofo.com
 5  MORRISON & FOERSTER LLP
    425 Market Street
 6  San Francisco, California  94105-2482
    Telephone:    (415) 268-7000
 7  Facsimile:    (415) 268-7522

 8  Attorneys for Defendants
    UBIQUITI NETWORKS, INC., UBIQUITI
 9  NETWORKS INTERNATIONAL LIMITED,
    CHING-HAN TSAI
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 3:17-cv-00561-WHO |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF STACEY M. SPRENKEL** |
| UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive | |
| Defendants. | |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Stacey M. Sprenkel of the firm Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants Ubiquiti Networks, Inc., Ubiquiti Networks International Limited, Ching-Han Tsai in the above-referenced action. The Court and counsel for Plaintiff are respectfully requested to add Stacey M. Sprenkel to the service list for this action, and to send copies of all pleadings and notices to the following address:

> Stacey M. Sprenkel
> **Morrison & Foerster LLP**
> 425 Market Street
> San Francisco, CA 94105
> SSprenkel@mofo.com

Stacey M. Sprenkel is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court of the Northern District of California.

Dated: April 11, 2017

JENNIFER LEE TAYLOR
STACEY M. SPRENKEL
JOYCE LIOU
AMANDA PHILLIPS
MORRISON & FOERSTER LLP

By:  /s/ *Stacey M. Sprenkel*
STACEY M. SPRENKEL

*Attorneys for Defendants*
UBIQUITI NETWORKS, INC.,
UBIQUITI NETWORKS
INTERNATIONAL LIMITED,
CHING-HAN TSAI