**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>    Defendants. | Case No. 5:17-cv-00561-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBIQUITI NETWORKS, INC. AND CHING-HAN TSAI'S MOTION TO DISMISS PLAINTIFF'S SECOND, THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CLAIMS PURSUANT TO RULE 12(b)(6)** |
| UBIQUITI NETWORKS, INC.,<br><br>    Counterclaimant,<br><br>  v.<br><br>SYNOPSYS, INC.,<br><br>    Counterdefendant. | |

1    On April 11 2017, Defendants Ubiquiti Networks, Inc. and Ching-Han Tsai, pursuant to Federal Rule of Civil Procedure 12(b)(6), filed a Notice of Motion and Motion to Dismiss Plaintiff's Second Claim for Violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(2); Third Claim for Violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(b); Fourth Claim for Violation of 18 U.S.C. § 2318; Fifth Claim for Fraud; Sixth Claim for Civil RICO, 18 U.S.C. § 1964; and Seventh Claim for Negligent Misrepresentation.

Having considered the motion and the entirety of the record, and finding good cause shown, it is hereby **ORDERED** that Defendants Ubiquiti Networks, Inc. and Ching-Han Tsai's Motion to Dismiss Plaintiff's Second, Third, Fourth, Fifth, Sixth, And Seventh Claims pursuant to Rule 12(b)(6) be granted. Plaintiff's Second, Third, Fourth, Fifth, Sixth, and Seventh Claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2017

HONORABLE WILLIAM H. ORRICK
United States District Judge