IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>　　　　　　Defendants. | Case No. 5:17-cv-00561-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UBIQUITI NETWORKS INTERNATIONAL LIMITED'S MOTION TO DISMISS** |

On April 11, 2017, Defendant Ubiquiti Networks International Limited filed a Notice of Motion and Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction pursuant to Rule 12(b)(2) or, alternatively, for Failure to State a Claim pursuant to Rule 12(b)(6).

Having considered the motion, the declaration in support thereof, and the entirety of the record, and finding good cause shown, it is hereby **ORDERED** that Defendant Ubiquiti Networks International Limited's Motion to Dismiss be granted. Plaintiff's Complaint against Defendant Ubiquiti Networks International Limited is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2017

HONORABLE WILLIAM H. ORRICK
United States District Judge