| | |
|---|---|
| DENISE M. MINGRONE (STATE BAR NO. 135224) dmingrone@orrick.com ROBERT L. URIARTE (STATE BAR NO. 258274) ruriarte@orrick.com ORRICK, HERRINGTON & SUTCLIFFE LLP 1000 Marsh Road Menlo Park, CA 94025-1015 Telephone: +1 650 614 7400 Facsimile: +1 650 614 7401 | JENNIFER LEE TAYLOR (STATE BAR NO. 161368) JTaylor@mofo.com JOYCE LIOU (STATE BAR NO. 277720) JLiou@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, CA 94105 Telephone: +1 415 268-7000 Facsimile: +1 415 268-7522 |
| Attorneys for Plaintiff/Counterdefendant SYNOPSYS, INC. | Attorneys for Defendant/Counterclaimant UBIQUITI NETWORKS INC. |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive, <br><br><br> Defendants. <br><br> UBIQUITI NETWORKS, INC. <br><br> Counterclaimant, <br><br> v. <br><br> SYNOPSYS, INC., <br><br> Counterdefendant. | **Case No. 3:17-cv-00561-WHO** <br><br> **JOINT STIPULATION AND PROPOSED ORDER RE UBIQUITI NETWORKS, INC.'S MOTION TO STRIKE SYNOPSYS, INC.'S FIFTEEN AFFIRMATIVE DEFENSES** <br><br> Date: May 17, 2017 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 17th Floor <br> Judge: Hon. William H. Orrick |

Counsel for Plaintiff/Counterdefendant Synopsys, Inc. and counsel for Defendant/Counterclaimant Ubiquiti Networks, Inc. ("Ubiquiti"), hereby stipulate to (and ask the Court to take note of) the following:

1. On April 11, 2017, Ubiquiti filed a motion to strike Synopsys' fifteen affirmative defenses in Synopsys' answer to Ubiquiti's counterclaims. Dkt. 32.

2. Synopsys' opposition to that motion to strike would have been due on April 25, 2017. But rather than file an opposition, Synopsys elected to file a first amended answer, as a matter of course, pursuant to Federal Rule of Civil Procedure 15(a)(1). *See* Dkt. 37.

3. Synopsys' first amended answer supersedes its original answer.

4. Because Ubiquiti's motion to strike is directed at the now-superseded original answer, Ubiquiti's motion to strike has become moot.

5. Counsel for Synopsys and Ubiquiti request that the Court deny Ubiquiti's motion to strike as moot.

6. Counsel for Synopsys and Ubiquiti agree that it is no longer necessary to address Ubiquiti's motion to strike at the currently-scheduled hearing of May 17, 2017.

Signatures for counsel are on the next page.

| | | |
|---|---|---|
| 1 | Dated: April 25, 2017 | DENISE M. MINGRONE<br>ROBERT L. URIARTE |
| 2 | | ORRICK, HERRINGTON & SULTCLIFFE LLP |
| 3 | | |
| 4 | | By:   */s/Denise M. Mingrone*<br>      DENISE M. MINGRONE |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>SYNOPSYS, INC. |
| 7 | Dated: April 25, 2017 | JENNIFER LEE TAYLOR<br>JOYCE LIOU |
| 8 | | AMANDA D. PHILLIPS<br>MORRISON & FOERSTER LLP |
| 9 | | |
| 10 | | By:   */s/Jennifer Lee Taylor*<br>      JENNIFER LEE TAYLOR |
| 11 | | |
| 12 | | Attorneys for Defendant<br>UBIQUITI NETWORKS INC. |

## **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: April 25, 2017         By:   */s/Denise M. Mingrone*
                                    DENISE M. MINGRONE

1 | **[PROPOSED] ORDER**

2   Pursuant to the parties' stipulation, Ubiquiti's Motion to Strike (Dkt. 32) is DENIED as
3 moot.
4   IT IS SO ORDERED.

6 Dated: _____    _____
7                             Hon. William H. Orrick
                              U.S. District Judge