UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Synopsys, Inc.<br><br>          Plaintiff(s)<br><br>v.<br><br>Ubiquiti Networks, Inc., et al.<br><br>          Defendant(s) | Case No. C 5:17-cv-00561-WHO<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:   April 19, 2017          Signed: _____
                                         Defendant Ching-Han Tsai

Date:   April 19, 2017          Signed: _____
                                         Attorney for Defendnat

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

Form ADR-Cert rev. 11-2016