UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>UBIQUITI NETWORKS, INC., et al.<br><br>　　　　Defendant(s) | Case No. C 3:17-cv-00561-WHO<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 04/26/2017　　　　Signed:　/s/ Shanee Nelson
　　　　　　　　　　　　　　　　　　　　　　Party

Date: 04/26/2017　　　　Signed:　/s/ Denise M. Mingrone
　　　　　　　　　　　　　　　　　　　　　　Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*