# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>UBIQUITI NETWORKS, INC., et al.<br><br>　　　　Defendant(s) | CASE No C 3:17-cv-00561-WHO<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  TBD

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: TBD at CMC

Date: 04/26/2017　　　　/s/Denise M. Mingrone
　　　　　　　　　　　　Attorney for Plaintiff

Date: 04/26/2017　　　　/s/Jennifer Lee Taylor
　　　　　　　　　　　　Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*