1  JENNIFER LEE TAYLOR (SBN 161368)
   JTaylor@mofo.com
2  STACEY M. SPRENKEL (SBN 241689)
   SSprenkel@mofo.com
3  JOYCE LIOU (SBN 277720)
   JLiou@mofo.com
4  AMANDA D. PHILLIPS (SBN 305614)
   APhillips@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:     (415) 268-7000
7  Facsimile:      (415) 268-7522

8  *Attorneys for Defendants and Counterclaimant*
   UBIQUITI NETWORKS, INC., and
9  CHING-HAN TSAI

10

11  **IN THE UNITED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF CALIFORNIA
    SAN FRANCISCO DIVISION**

12

13  SYNOPSYS, INC.,                                Case No. 5:17-cv-00561-WHO

14              Plaintiff,                          **DECLARATION OF JENNIFER
                                                    LEE TAYLOR IN SUPPORT OF
15      v.                                          UBIQUITI NETWORKS, INC.
                                                    AND CHING-HAN TSAI'S
16  UBIQUITI NETWORKS, INC., UBIQUITI              MOTION FOR
    NETWORKS INTERNATIONAL LIMITED,               ADMINISTRATIVE RELIEF TO
17  CHING-HAN TSAI, and DOES 1-20,                 EXCEED PAGE LIMIT UNDER
    inclusive                                      LOCAL RULE 7-11**
18
              Defendants.
19

20  UBIQUITI NETWORKS, INC.,

21              Counterclaimant,

22      v.

23  SYNOPSYS, INC.,

24              Counterdefendant.

25

26

27

28

1    I, Jennifer Lee Taylor, do hereby declare as follows:

2        1.      I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in

3    this action for defendants Ubiquiti Networks, Inc. and Ching-Han Tsai ("Defendants").  I submit

4    this declaration in support of Defendants' motion for administrative relief under Local Rule 7-11

5    to exceed the page limits set by L.R. 7-4(b).  Unless otherwise indicated, I have personal

6    knowledge of the matters set forth below.  If called as a witness, I could and would testify

7    competently as follows.

8        2.      On April 28, 2017, I contacted Denise Mingrone, counsel for Plaintiff, to seek

9    Plaintiff's consent to Defendants' request to file a 20-page brief in connection with Defendants'

10   Reply in support of its Motion to Dismiss the Second, Third, Fourth, Fifth, Sixth, and Seventh

11   Claims in Plaintiff's Amended Complaint for failure to state a claim.  (*See* Ex. A, April 28, 2017

12   Email from J. Taylor to D. Mingrone, attached hereto).  Ms. Mingrone promptly replied, refusing

13   to consent to an additional five pages unless Defendants agreed that Plaintiff can file a Surreply.

14   (*See* Ex. B, April 28, 2017 Email from D. Mingrone to J. Taylor.)

15

16       I declare under the penalty of perjury under the laws of the United States of America that

17   the forgoing is true and correct.  Executed on April 28, 2017 at San Francisco, California.

18

19                                   By: /s/  *Jennifer Lee Taylor*
                                         Jennifer Lee Taylor
20

21

22

23

24

25

26

27

28

CASE NO. 5:17-CV-00561-WHO
DECLARATION OF JENNIFER LEE TAYLOR IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF
sf-3764037

# EXHIBIT A

| | |
|---|---|
| **From:** | Taylor, Jennifer Lee (SF) |
| **To:** | Mingrone, Denise M.; "Uriarte, Robert L." |
| **Cc:** | Liou, Joyce; Phillips, Amanda D.; Sprenkel, Stacey M. |
| **Bcc:** | Sario, Lucia M. |
| **Subject:** | Stipulation for overlength brief |
| **Date:** | Friday, April 28, 2017 8:55:28 AM |

Denise and Rob,

It looks like we will need 20 pages to address the issues in your opposition to Tsai's and UBNT's 12(b)(6) motion.  Can you let us know if you will consent to an additional five pages?  We would like to get a stipulation on file today.

Thank you,

Jennifer

**Jennifer Lee Taylor**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.6538 | F: +1 (415) 276.7239
JTaylor@mofo.com | www.mofo.com

# EXHIBIT B

| From: | Mingrone, Denise M. |
|---|---|
| To: | Taylor, Jennifer Lee (SF); Uriarte, Robert L. |
| Cc: | Liou, Joyce; Phillips, Amanda D.; Sprenkel, Stacey M. |
| Subject: | [EXT] RE: Stipulation for overlength brief |
| Date: | Friday, April 28, 2017 9:29:58 AM |

Hi Jennifer,

We disagree that any additional pages are needed; we addressed all arguments Ubiquiti raised within our page limits and see no reason why additional pages would be needed to reply. Nonetheless and in the spirit of compromise, if you want to draft a stipulation that states "Synopsys does not believe additional pages are needed in reply but respectfully requests that if the Court disagrees and allow Ubiquiti 5 extra pages on reply, that Synopsys be given the opportunity to submit a 5 page surreply," we will consider such stipulation.

Let us know how you would like to proceed. Thanks,
Denise

**From:** Taylor, Jennifer Lee (SF) [mailto:JTaylor@mofo.com]
**Sent:** Friday, April 28, 2017 8:55 AM
**To:** Mingrone, Denise M. <dmingrone@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>
**Cc:** Liou, Joyce <JLiou@mofo.com>; Phillips, Amanda D. <APhillips@mofo.com>; Sprenkel, Stacey M. <SSprenkel@mofo.com>
**Subject:** Stipulation for overlength brief

Denise and Rob,

It looks like we will need 20 pages to address the issues in your opposition to Tsai's and UBNT's 12(b)(6) motion. Can you let us know if you will consent to an additional five pages? We would like to get a stipulation on file today.

Thank you,

Jennifer

**Jennifer Lee Taylor**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.6538 | F: +1 (415) 276.7239
JTaylor@mofo.com | www.mofo.com

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com.*