**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 5:17-cv-00561-WHO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT UNDER LOCAL RULE 7-11** |
| v. | |
| UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive | |
| Defendants. | |
| UBIQUITI NETWORKS, INC., | |
| Counterclaimant, | |
| v. | |
| SYNOPSYS, INC., | |
| Counterdefendant. | |

Having considered all of the papers filed in connection with Defendants' Motion for Administrative Relief to Exceed Page Limit Under Local Rule 7-11 in connection with its Reply in Support of Motion to Dismiss the Second, Third, Fourth, Fifth, Sixth, and Seventh Claims of Plaintiff's Amended Complaint for failure to state a claim, the papers and records on file in this action, and other matters of which the Court may properly take judicial notice, the Court HEREBY ORDERS:

Defendants' request for leave to file a brief in excess of the limit under Local Rule 7-4(b), said brief not to exceed 20 pages (exclusive of the caption page, table of contents, and table of authorities), is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE