JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
STACEY M. SPRENKEL (SBN 241689)
SSprenkel@mofo.com
JOYCE LIOU (SBN 277720)
JLiou@mofo.com
AMANDA D. PHILLIPS (SBN 305614)
APhillips@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

*Attorneys for Specially-Appearing Defendant*
UBIQUITI NETWORKS INTERNATIONAL LIMITED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>         Plaintiff,<br><br>     v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>         Defendants. | Case No. 5:17-cv-00561-WHO<br><br>**REPLY DECLARATION OF SHENG-FENG WANG IN SUPPORT OF DEFENDANT UBIQUITI NETWORKS INTERNATIONAL LIMITED (UNIL)'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)**<br><br>Date: May 17, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Honorable William H. Orrick |

CASE NO. 5:17-CV-00561-WHO
SHENG-FENG WANG REPLY DECLARATION ISO UNIL'S MOTION TO DISMISS
sf-3764492

1

I, Sheng-Feng Wang, declare as follows:

1. My name is Sheng-Feng Wang and I am employed by Ubiquiti Networks, Inc., ("Ubiquiti"). I submit this reply declaration in support of UNIL's Reply Brief in Support of UNIL's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2). I have personal knowledge of the facts contained in this declaration.

2. I am one of only two California-based Ubiquiti employees that, at all relevant times, worked on semiconductor chip design activities with employees of Ubiquiti Networks International Limited ("UNIL"). My colleague, Ching Han Tsai, is the other Ubiquiti employee involved in this work. To the best of my knowledge, no other California-based Ubiquiti employees interacted with or had reason to interact with employees of Ubiquiti Networks International Limited ("UNIL") in connection with the subject matter alleged in Synopsys' lawsuit.

3. While present in California, I never received any transmission from any UNIL employee containing unauthorized license keys or unauthorized copies of Synopsys' software. To the best of my knowledge, no UNIL employee ever transmitted to any Ubiquiti employee in California unauthorized license keys or unauthorized copies of Synopsys' software.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of May, 2017, in San Jose, California.

By: _____
Sheng-Feng Wang