JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
STACEY M. SPRENKEL (SBN 241689)
SSprenkel@mofo.com
JOYCE LIOU (SBN 277720)
JLiou@mofo.com
AMANDA D. PHILLIPS (SBN 305614)
APhillips@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Specially-Appearing Defendant*
UBIQUITI NETWORKS INTERNATIONAL LIMITED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>　　　　　Defendants. | Case No. 5:17-cv-00561-WHO<br><br>**REPLY DECLARATION OF CHING-HAN TSAI IN SUPPORT OF DEFENDANT UBIQUITI NETWORKS INTERNATIONAL LIMITED (UNIL)'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)**<br><br>Date: May 17, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Honorable William H. Orrick |

I, CHING-HAN TSAI, declare as follows:

1. My name is Ching-Han Tsai and I am employed by Ubiquiti Networks, Inc., ("Ubiquiti"). I submit this reply declaration in support of UNIL's Reply Brief in Support of UNIL's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2). I have personal knowledge of the facts contained in this declaration.

2. I am one of only two California-based Ubiquiti employees that, at all relevant times, worked on semiconductor chip design activities with employees of Ubiquiti Networks International Limited ("UNIL"). My colleague, Sheng-Feng Wang, is the other Ubiquiti employee involved in this work. I am the lead engineer on the semiconductor chip design activities, and am familiar with who is working on them. To the best of my knowledge, no other California-based Ubiquiti employees interacted with or had reason to interact with employees of UNIL in connection with the subject matter alleged in Synopsys' lawsuit.

3. While present in California, I never received any transmission from UNIL employees containing unauthorized license keys or unauthorized copies of Synopsys' software. To the best of my knowledge, no UNIL employee transmitted to any Ubiquiti employee in California unauthorized license keys or unauthorized copies of Synopsys' software.

4. In my April 11, 2017 Declaration, I stated that "Mr. Bergman referred me to Tony Huang from Synopsys Taiwan Co., Ltd. ("Synopsys Taiwan") in Taiwan." (ECF No. 35-1 ¶ 6.) I understand that Synopsys has objected to this statement on the following basis: "Lack of Foundation: Tsai is not qualified to speak to which Synopsys entity Mr. Huang works for, or where Mr. Huang resides." (ECF No. 39 at 14:2-3.) I also understand that Synopsys has made a similar objection to a similar statement I made about Victor Chen's status as a Synopsys Taiwan employee. (*Id.* at 14:12-15.) My understanding of the entity that Mr. Huang and Mr. Chen work for, and where they reside, derives from my personal interactions with them. For example, the signature block that Mr. Huang used on his emails to me stated that he worked for "Synopsys Taiwan Limited." (**Exhibit A** hereto.) Similarly, Victor Chen maintains a public Linkedin

profile listing himself as a Synopsys employee located in "New Taipei City, Taiwan." (**Exhibit B** hereto.) Further, I met with Mr. Huang and Mr. Chen at the UNIL offices in Taipei.

5. I understand that Synopsys has argued that "UNIL *knowingly* copied software and documentation from Synopsys servers located in California." (ECF No. 39 at 9:23-26 (emphasis in original).) However, in my experience, a user of a company's file download website may not know where that company's computer servers are located. Synopsys, for example, apparently has "engaged with Amazon.com" for certain data center resources.[1] It is well known that Amazon maintains server data centers in various locations around the world.[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of May, 2017, in Taipei, Taiwan.

By: _____
CHING-HAN TSAI

---

[1] http://www.eetimes.com/document.asp?doc_id=1259080 (last accessed May 2, 2017).

[2] https://aws.amazon.com/about-aws/global-infrastructure/ (last accessed May 2, 2017).