| | |
|---|---|
| DENISE M. MINGRONE (SBN 135224) | JENNIFER LEE TAYLOR (SBN 161368) |
| dmingrone@orrick.com | JTaylor@mofo.com |
| ROBERT L. URIARTE (SBN 258274) | STACEY M. SPRENKEL (SBN 241689) |
| ruriarte@orrick.com | SSprenkel@mofo.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | JOYCE LIOU (SBN 277720) |
| 1000 Marsh Road | JLiou@mofo.com |
| Menlo Park, California 94025-1015 | AMANDA D. PHILLIPS (SBN 305614) |
| Telephone: 650.614.7400 | APhillips@mofo.com |
| Facsimile: 650.614.7401 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| *Attorneys for Plaintiff* | San Francisco, California 94105-2482 |
| SYNOPSYS, INC. | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |

*Attorneys for Defendants*
UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, and CHING-HAN TSAI

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, and CHING-HAN TSAI,<br><br>        Defendants.<br><br>UBIQUITI NETWORKS, INC. and UBIQUITI NETWORKS INTERNATIONAL LIMITED,<br><br>        Counterclaimants,<br><br>    v.<br><br>SYNOPSYS, INC.,<br><br>        Counterdefendant. | Case No. 3:17-cv-00561 -WHO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS**<br><br>**CIVIL L.R. 6-1** |

Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Ubiquiti Networks, Inc. ("Ubiquiti"), through respective counsel, as follows:

1. On September 19, 2017, Ubiquiti filed its Motion for Leave to file Amended Counterclaims, requesting a hearing before the Court on November 1, 2017 (Dkt. No. 77), and on October 3, 2017, Synopsys filed its brief in opposition (Dk. No. 78).

2. On October 4, 2017, the Court issued a notice resetting the hearing date for Ubiquiti's motion to November 8, 2017.

3. Pursuant to Local Rule 7-3(c), Ubiquiti's deadline to file a reply brief in support of its motion is October 10, 2017.

4. Due to evacuations from the fires in Napa and Sonoma Counties, members of the case team at Ubiquiti's outside counsel are unavailable to finalize the reply brief on October 10, 2017.

5. Because of ongoing uncertainty as to fire evacuations, Counsel for Synopsys and Ubiquiti agree that it is appropriate to extend Ubiquiti's last day to file a reply brief in support of its motion from October 10, 2017 to October 13, 2017.

6. The Parties have made the following prior requests for extensions in this case.

7. On February 22, 2017, the Parties filed a Joint Stipulation to Extend Time to Respond to Complaint, extending the deadline to March 7, 2017.

8. On August 25, 2017, the Parties filed a Joint Stipulation to Extend Time to Respond to Amended Complaint, extending that deadline from September 4, 2017 to fourteen (14) days from the date that Plaintiff filed a further amended complaint, or fourteen (14) days from September 4, whichever date is earlier.

9. On September 11, 2017, recognizing that due to the Labor Day holiday the parties had misidentified Plaintiff's last day to file a further amended complaint as September 4, 2017, and because Plaintiff filed a further amended complaint on September 5, 2017, the Parties filed a Joint Stipulation to Extend Time to Respond to Amended Complaint from September 18, 2017 to September 19, 2017.

Dated: October 10, 2017

JENNIFER LEE TAYLOR
JOYCE LIOU
AMANDA D. PHILLIPS
MORRISON & FOERSTER LLP

By: */s/ Jennifer Lee Taylor*[1]
    JENNIFER LEE TAYLOR

Attorneys for Defendant
UBIQUITI NETWORKS, INC.

Dated: October 10, 2017

DENISE M. MINGRONE
ROBERT L. URIARTE
ORRICK, HERRINGTON & SULTCLIFFE LLP

By: */s/ Denise M. Mingrone*
    DENISE M. MINGRONE

Attorneys for Plaintiff
SYNOPSYS, INC.

### **ORDER**

Pursuant to the parties' stipulation, Ubiquiti's deadline to file a reply in support of its motion for leave to file amended counterclaims is October 13, 2017.

IT IS SO ORDERED.

Dated: October 10, 2017

                                            Hon. William H. Orrick
                                            U.S. District Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.