WILLIAM A. MOLINSKI (SBN 145186)
wmolinski@orrick.com
MICHELLE O'MEARA COUSINEAU (SBN 286797)
momeara@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

GREGORY D. BEAMAN (*pro hac vice*)
gbeaman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: +1 202 339 8400
Facsimile: +1 202 339 8500

Attorneys for Defendant GatherApp, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER FOLEY, JEREMY PAWLAK, and NICHOLAS VISCONTI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GATHERAPP, INC.,<br><br>Defendant. | Case No. 3:17-cv-03132-WHO<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR DEFENDANT'S COUNSEL TO APPEAR BY TELEPHONE AT NOVEMBER 15, 2017 HEARING**<br><br>CLASS ACTION<br><br>Hearing Date: November 15, 2017<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2 – 17th Floor |

Before the Court is Defendant GatherApp, Inc.'s motion for an order permitting its counsel, William A. Molinski and Gregory D. Beaman, to appear by telephone at the hearing on Plaintiffs' Motion for Appointment of Interim Class Counsel [ECF # 33] on November 15, 2017 at 2:00 p.m. Having considered the papers and for good cause shown, the Court hereby GRANTS the motion. Messrs. Molinski and Beaman shall be available, beginning at 2:00 p.m. on the hearing day, for the Court to contact them by telephone at the numbers below:

Mr. Molinski will be available at telephone number (213) 612-2256.

Mr. Beaman will be available at telephone number (202) 339-8441.

Dated: November 7, 2017



_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE