1 | JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
2 | STACEY M. SPRENKEL (SBN 241689)
SSprenkel@mofo.com
3 | JOYCE LIOU (SBN 277720)
JLiou@mofo.com
4 | AMANDA D. PHILLIPS (SBN 305614)
APhillips@mofo.com
5 | MORRISON & FOERSTER LLP
425 Market Street
6 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
7 | Facsimile: (415) 268-7522

8 | *Attorneys for Defendants*
UBIQUITI NETWORKS, INC. and
9 | UBIQUITI NETWORKS
INTERNATIONAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>　　　　　Defendants.<br><br>UBIQUITI NETWORKS, INC. and UBIQUITI NETWORKS INTERNATIONAL LIMITED,<br><br>　　　　　Counterclaimants,<br><br>　v.<br><br>SYNOPSYS, INC.,<br><br>　　　　　Counterdefendant. | Case No. 3:17-cv-00561-WHO (LB)<br><br>**UBIQUITI DEFENDANTS' NOTICE AND MOTION FOR MORRISON & FOERSTER LLP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT CHING-HAN TSAI**<br><br>Date: May 9, 2018<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Honorable William H. Orrick |

| | |
|---|---|
| 1 | **NOTICE OF MOTION** |
| 2 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 3 | PLEASE TAKE NOTICE that on Wednesday, May 9, 2018, at 2:00 p.m., or as soon as |
| 4 | the matter may be heard by the Honorable William H. Orrick in Courtroom 2 of the United States |
| 5 | District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, |
| 6 | CA 94102, Defendants and Counterclaimants Ubiquiti Networks, Inc. and Ubiquiti Networks |
| 7 | International Limited ("Ubiquiti") will and hereby do move this Court pursuant to Civil Local |
| 8 | Rule 11-5 for an Order permitting Jennifer Lee Taylor, Stacey M. Sprenkel, Joyce Liou, |
| 9 | Christopher Robinson, and Amanda D. Phillips of Morrison & Foerster LLP to withdraw as |
| 10 | attorneys of record for Defendant Ching-Han Tsai. |
| 11 | This motion is based on this Notice of Motion and Motion; the Declaration of Jennifer Lee |
| 12 | Taylor in Support of the Motion; and such other written or oral argument as may be presented |
| 13 | before this motion is taken under submission by the Court. |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Wednesday, May 9, 2018, at 2:00 p.m., or as soon as the matter may be heard by the Honorable William H. Orrick in Courtroom 2 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants and Counterclaimants Ubiquiti Networks, Inc. and Ubiquiti Networks International Limited ("Ubiquiti") will and hereby do move this Court pursuant to Civil Local Rule 11-5 for an Order permitting Jennifer Lee Taylor, Stacey M. Sprenkel, Joyce Liou, Christopher Robinson, and Amanda D. Phillips of Morrison & Foerster LLP to withdraw as attorneys of record for Defendant Ching-Han Tsai.

This motion is based on this Notice of Motion and Motion; the Declaration of Jennifer Lee Taylor in Support of the Motion; and such other written or oral argument as may be presented before this motion is taken under submission by the Court.

## STATEMENT OF RELIEF REQUESTED

Pursuant to Civil Local Rule 11-5, Ubiquiti respectfully requests an order permitting Jennifer Lee Taylor, Stacey M. Sprenkel, Joyce Liou, Christopher Robinson, and Amanda D. Phillips of Morrison & Foerster LLP to withdraw as attorneys of record for Defendant Ching-Han Tsai.

| | |
|---|---|
| 1 | **MOTION** |
| 2 | On January 12, 2018, Morrison & Foerster LLP's engagement to provide legal services to |
| 3 | Defendant Ching-Han Tsai in connection with this pending matter was terminated. (Declaration |
| 4 | of Jennifer Lee Taylor in Support of Morrison & Foerster's Motion to Withdraw as Counsel for |
| 5 | Ching-Han Tsai ("Taylor Decl.") ¶ 2).) Morrison & Foerster LLP has continued to represent the |
| 6 | two corporate defendants, Ubiquiti Networks, Inc. and Ubiquiti Networks International Limited, |
| 7 | in connection with this matter since January 12, 2018. (*Id.* ¶ 3.) |
| 8 | On or about January 22, 2018, Mr. Tsai retained The Business Litigation Group, P.C. |
| 9 | ("BLG") to represent him in connection with this matter. (*Id.* ¶ 4.) Two attorneys from BLG— |
| 10 | Will Fitton and Marc Bernstein—entered appearances in the matter on January 23, 2018 (Dkt. |
| 11 | Nos. 115-116), and have since represented Mr. Tsai at depositions and the Court's hearings, but |
| 12 | the record does not reflect a substitution of counsel as contemplated by Civil Local Rule 11-5. |
| 13 | Ubiquiti moves the Court to permit Jennifer Lee Taylor, Stacey M. Sprenkel, Joyce Liou, |
| 14 | Christopher Robinson, and Amanda D. Phillips of Morrison & Foerster LLP to withdraw as |
| 15 | counsel of record for Defendant Ching-Han Tsai. |

Dated: April 2, 2018               MORRISON & FOERSTER LLP

By:   */s/ Jennifer Lee Taylor*
            Jennifer Lee Taylor

Attorneys for Defendants
UBIQUITI NETWORKS, INC. and
UBIQUITI NETWORKS
INTERNATIONAL LIMITED