1  MARC N. BERNSTEIN (SBN 145837)
   mbernstein@blgrp.com
2  WILL B. FITTON (SBN 182818)
   wfitton@blgrp.com
3  THE BUSINESS LITIGATION GROUP, P.C.
   555 Montgomery Street, Suite 1650
4  San Francisco, California 94111
   Telephone: 415.765.6633
5  Facsimile: 415.283.4804

6  Attorneys for Defendant
   CHING-HAN TSAI
7

8                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

13  SYNOPSYS, INC.,                     Case No. 3:17-cv-00561-WHO

14            Plaintiff,                 [PROPOSED] ORDER AND
15                                       STIPULATION RE: SUPPLEMENTAL
       v.                                INSPECTION PROTOCOL AND
16                                       PROTECTIVE ORDER
17  UBIQUITI NETWORKS, INC., UBIQUITI
18  NETWORKS INTERNATIONAL
    LIMITED, CHING-HAN TSAI, and DOES
19  1-20, inclusive,

20            Defendant.
21
    AND RELATED COUNTERCLAIMS
22

23

24

25

26

27

28

---

<u>RECITALS</u>

1.      Plaintiff Synopsys, Inc. ("Synopsys") desires to forensically inspect certain additional devices belonging to Defendant Ching-Han Tsai ("Additional Tsai Devices") for the purpose of obtaining forensic evidence, if any, that supports Synopsys's claims in this case (the "Purpose").

2.      Mr. Tsai is agreeable to making the Additional Tsai Devices available for imaging for the Purpose within certain defined limits and according to certain specified procedures.

3.      Synopsys has contracted with FTI Consulting ("FTI"), to examine the Additional Tsai Devices for the Purpose.

4.      Mr. Tsai would like to maintain the confidentiality of his proprietary data, his privacy, and information protected under the attorney-client privilege and attorney work product doctrines, and to limit the use of the fruits of the forensic inspection to the Purpose.

ACCORDINGLY, UNDERSIGNED COUNSEL STIPULATE that the following shall govern the possession, inspection, and return of the Additional Tsai Devices, and the creation and use of images created from them.

A.      Images of the Additional Tsai Devices, and any review of them, are subject to the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (Dkt. #94) (the "Protective Order"), the Order Granting Protocol Concerning Forensic Inspection of Defendants' Devices (Dkt. #144) (the "Inspection Protocol"), and the following supplemental provisions to those orders.

B.      The Protective Order is supplemented to provide for an additional confidentiality designation entitled "HIGHLY CONFIDENTIAL – DEVICE IMAGE." This designation shall be available for images made of the Additional Tsai Devices. Material designated as "HIGHLY CONFIDENTIAL – DEVICE IMAGE" shall be considered "Protected Materials" under the Protective Order and will be subject to

1

[Proposed] Order & Stip re Supp. Protective Order & Inspection Prot.      No.:17-cv-00561-WHO (LB)

all of the protections afforded to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information under the Protective Order, but shall also be subject to the additional requirements that HIGHLY CONFIDENTIAL – DEVICE IMAGE materials may only be loaded on secured computers at a Professional Vendor, as defined in the Protective Order, and are subject to the terms of the Inspection Protocol as supplemented below.

C. The Inspection Protocol is supplemented to provide that FTI will use its own lab equipment for analysis of HIGHLY CONFIDENTIAL – DEVICE IMAGE materials, and that FTI will delete any copies of such materials and data associated with them in accordance with the Protective Order entered by the Court in this matter.

D. The Inspection Protocol is further supplemented to provide that during FTI's inspection of HIGHLY CONFIDENTIAL – DEVICE IMAGE materials, FTI may not (i) download any information to an electronic storage device, except as otherwise described in the Inspection Protocol; (ii) use a thumb drive, except to store and run the forensic tools that FTI plans to download prior to the inspection; (iii) take photographs of, or otherwise capture verbatim, the content of these materials; (iv) read or otherwise communicate the content of these materials verbatim to non-FTI personnel; or (v) otherwise communicate or transmit the contents of inspected materials, including orally, to counsel except at a high level of generality and as is reasonably necessary to permit counsel to direct FTI regarding inspection processes.

E. Two of the Additional Tsai Devices, an iPhone and an iPad Mini, may contain Ubiquiti, Inc. source code or layout design. Once FTI has completed making images of these devices, FTI will provide the images to counsel for Mr. Tsai to determine whether they do or do not contain such materials. FTI is not permitted to inspect the images until counsel for Mr. Tsai has made this determination. Counsel for Mr. Tsai shall inform FTI on or before May 21, 2018. If a device does contain source code or layout design, the image of that device will be designated "HIGHLY

CONFIDENTIAL – SOURCE CODE" or "HIGHLY CONFIDENTIAL – LAYOUT DESIGN," as appropriate, and FTI's inspection of the device will be pursuant to the Inspection Protocol and not the supplemental provisions above.  If a device does not contain either source code or layout design, the image of that device with be designated "HIGHLY CONFIDENTIAL – DEVICE IMAGE," and FTI's inspection will be pursuant to the Inspection Protocol, as supplemented above.

Agreed to by:

DATED:  May 16, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        By:      /s/Denise M. Mingrone
                                                 Denise M. Mingrone
                                        Attorneys for Plaintiff
                                        SYNOPSYS, INC.

DATED:  May 16, 2018                    THE BUSINESS LITIGATION GROUP, P.C.


                                        By:      /s/ Will B. Fitton
                                                 Will B. Fitton
                                        Attorneys for Defendant
                                        CHING-HAN TSAI


                    ATTESTATION OF CONCURRENCE IN FILING

       In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from Denise M. Mingrone.


DATED:  May 16, 2018                    THE BUSINESS LITIGATION GROUP, P.C.

                                        By:      /s/ Will B. Fitton
                                                 Will B. Fitton


                                        Attorneys for Defendant
                                        CHING-HAN TSAI

1    PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2

3

    DATED:_____        _____

4                                        HON. LAUREL BEELER

5                                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

[Proposed] Order & Stip re Supp. Protective Order & Inspection Prot.     No.:17-cv-00561-WHO (LB)