# NISENBAUM DECLARATION EXHIBIT 1

# DOCUMENT SOUGHT TO BE SEALED