UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 6, 2018 | **Time:** 31 minutes<br>2:07 p.m. to 2:38 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 17-cv-00561-WHO | **Case Name:** Synopsys, Inc. v. Ubiquiti Networks, Inc. | |

**Attorneys for Plaintiff:**   Robert Luis Uriarte and Denise M. Mingrone
**Attorneys for Defendants:**  Jennifer Lee Taylor, Marc N. Bernstein, Joyce Liou,
  Robin L. Brewer, and Brian E. Mitchell

**Deputy Clerk:** Jean Davis          **Court Reporter:**  Pamela Batalo-Hebel

### PROCEEDINGS

Parties appear for hearing on motion for leave to file third amended complaint.  The Court announces a preliminary opinion that the motion should be granted and briefly outlines the basis for that opinion.  Argument of counsel heard.  The Court rules from the bench, granting the motion for leave to amend.

Case management and scheduling issues are taken up.  Magistrate Judge Beeler has been working through discovery issues.  Counsel hope to complete fact discovery within sixty days.

Trial schedule revised as indicated below.  Discovery deadlines that are generally consistent with the length of the continuance of the trial shall be agreed upon by counsel and noticed to the Court within the next week.  Absent agreement, the parties shall submit competing proposals in a joint document by June 14, 2018 and the Court will pick the dates.

**Dispositive motions to be heard by 11/15/2018**
**Pretrial Conference set for January 28, 2019 at 2:00 p.m.**
**Trial set for February 19, 2019 at 8:30 a.m.**

An additional mediation or settlement conference is discussed. The parties should return to Judge Phillips for an additional mediation session prior to the next case management conference.  If parties are not successful in settling the matter, the matter will be referred to a Magistrate Judge for settlement conference at the next case management conference.

**Further Case Management Conference set for September 11, 2018 at 2:00 p.m.**