MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, California 94111
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Defendant
CHING-HAN TSAI

DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFF LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650-614-7400
Facsimile: 650-614-7401

CLAUDIA FROST (Pro Hac Vice)
cfrost@orrick.com
ORRICK, HERRINGTON & SUTCLIFF LLP
609 Main Street, 49th Floor
Houston, TX 77002-3106
Telephone: 713-658-6460
Facsimile: 731-658-6401

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | **Case No. 3:17-cv-00561-WHO** <br><br> STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT |

Defendant Ching-Han Tsai (Mr. Tsai) and Plaintiff Synopsys, Inc. (Synopsys) stipulate as follows:

The Third Amended Complaint (TAC) in this action was served on Mr. Tsai on June 7, 2018, and a pleading responsive to the TAC is currently due from Mr. Tsai on June 21, 2018. As permitted by Northern District of California Local Rule 6-1(b), Synopsys and Mr. Tsai agree that the time for Mr. Tsai to answer the TAC is extended to and includes July 6, 2018.

Pursuant to Local Rule 6-2(a), this stipulated request is accompanied by a declaration that sets forth the reasons for the requested enlargement of time, discloses all previous time modifications, and describes the effect the requested time modification will have on the schedule for the case.  No current Court-ordered event dates or deadlines are affected by this stipulation.

**IT IS SO STIPULATED.**

DATED:  June 15, 2018            THE BUSINESS LITIGATION GROUP, P.C.


By:      /s/*Marc N. Bernstein*
               Marc N. Bernstein

Attorneys for Defendant
 CHING-HAN TSAI


DATED:  June 15, 2018            ORRICK, HERRINGTON & SUTCLIFFE LLP


By:      /s/*Denise M. Mingrone*
               Denise M. Mingrone

Attorneys for Plaintiff
SYNOPSYS, INC.

---

1

**Stip. and Order Extending Time to Respond to TAC            Case No. 3:17-cv-00561-WHO**

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 15, 2018

_____
HONORABLE WILLIAM H. ORRICK
United Stated District Judge

ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from Denise M. Mingrone.

DATED: June 15, 2018              THE BUSINESS LITIGATION GROUP, P.C.

                                  By:    */s/ Marc N. Bernstein*
                                         Marc N. Bernstein