| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (SBN 161368) |
| | JTaylor@mofo.com |
| 2 | RICHARD S.J. HUNG (SBN 197425) |
| | RHung@mofo.com |
| 3 | ROBIN L. BREWER (SBN 253686) |
| | RBrewer@mofo.com |
| 4 | JOYCE LIOU (SBN 277720) |
| | JLiou@mofo.com |
| 5 | MICHAEL J. GUO (SBN 284917) |
| | MGuo@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 7 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 8 | Facsimile: (415) 268-7522 |

*Attorneys for Defendants*
UBIQUITI NETWORKS INC. and UBIQUITI
NETWORKS INTERNATIONAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 3:17-cv-00561-WHO |
| Plaintiff, | **UBIQUITI NETWORKS, INC. AND UBIQUITI NETWORKS INTERNATIONAL LIMITED'S OPPOSITION TO PLAINTIFF SYNOPSYS, INC.'S MOTION TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive | |
| Defendants. | |
| UBIQUITI NETWORKS, INC. and UBIQUITI NETWORKS INTERNATIONAL LIMITED, | |
| Counterclaimants, | |
| v. | |
| SYNOPSYS, INC., | |
| Counterdefendant. | |

| | |
|---|---|
| 1 | Defendants Ubiquiti Networks, Inc. and Ubiquiti Networks International Limited |
| 2 | (collectively, "Ubiquiti Defendants") hereby oppose Plaintiff Synopsys, Inc.'s motion to extend |
| 3 | the Case Management Conference ("CMC") date currently set for September 11, 2018 to |
| 4 | October 16, 2018. |
| 5 | Synopsys' explanation for filing its motion is that unless the CMC date is extended to |
| 6 | October 16, 2018, the parties cannot comply with Your Honor's June 6, 2018 Minute Order that |
| 7 | the parties should attend an additional mediation with Judge Layn Phillips prior to the next CMC. |
| 8 | The Ubiquiti Defendants oppose the motion because they prefer an earlier mediation date, in part |
| 9 | to accommodate work conflicts, religious holidays, and anticipated paternity leave for Ubiquiti's |
| 10 | in-house counsel beginning in early August. (Taylor Decl. ¶ 2.) Judge Phillips is available on |
| 11 | only five dates prior to September 11 that do not work for both parties. (*Id*.) The Ubiquiti |
| 12 | Defendants have asked Synopsys if it would agree to a mediation with Judge Gary Feess, who co- |
| 13 | mediated the last session with Judge Phillips, and offered two specific dates in July when |
| 14 | Ubiquiti, its counsel, and Judge Feess are available, but Synopsys refused. (*Id*. ¶ 3.) It is not |
| 15 | practical or judicially efficient to modify the existing schedule by extending the September 11 |
| 16 | CMC date, merely to accommodate Judge Phillips' availability, when the Ubiquiti Defendants are |
| 17 | willing to mediate with another private mediator and/or attend a settlement conference before a |
| 18 | magistrate judge on earlier dates. (*Id*. ¶ 4.) The parties cannot rule out that a continuation will |
| 19 | not affect later deadlines. In addition, the Ubiquiti Defendants believe the case will benefit from |
| 20 | a CMC in September, when Your Honor can address any relevant issues from expected motion |
| 21 | practice prior to October 11. (*Id*.) |
| 22 | Accordingly, the Ubiquiti Defendants respectfully request that the Court deny Synopsys' |
| 23 | motion to extend the September 11, 2018 CMC date. The solution here is to order the parties to |
| 24 | explore other ADR options prior to September 11, such as a mediation with Judge Feess or a |
| 25 | settlement conference with a magistrate judge, rather than grant Synopsys' motion that effectively |
| 26 | forces a late mediation in October—which will likely push any subsequent settlement conference |
| 27 | into the new year, when the undersigned is unavailable due to a planned vacation in Africa, as |
| 28 | discussed at the June 6 hearing. |

| | | |
|---|---|---|
| 1 | Dated: July 16, 2018 | JENNIFER LEE TAYLOR<br>RICHARD S.J. HUNG<br>ROBIN L. BREWER<br>JOYCE LIOU<br>MICHAEL J. GUO<br>MORRISON & FOERSTER LLP |
| | | By: */s/ Jennifer Lee Taylor*<br>JENNIFER LEE TAYLOR |
| | | Attorneys for Defendants<br>UBIQUITI NETWORKS, INC. AND<br>UBIQUITI NETWORKS INTERNATIONAL LIMITED |