DENISE M. MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (STATE BAR NO. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

CLAUDIA WILSON FROST (*Pro Hac Vice*)
cfrost@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
609 Main Street, 40th Floor
Houston, TX 77002-3106
Telephone: +1 713 658 6460
Facsimile: +1 713 658 6401

Attorneys for Plaintiff/Counterdefendant
SYNOPSYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive, <br><br> Defendants. <br><br> UBIQUITI NETWORKS, INC. <br><br> Counterclaimant, <br><br> v. <br><br> SYNOPSYS, INC., <br><br> Counterdefendant. | Case No. 3:17-cv-00561-WHO (LB) <br><br> **SUPPLEMENTAL DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF SYNOPSYS' MOTION TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE** <br><br> Dept. Courtroom 2, 17th Floor <br> Judge: Hon. William H. Orrick |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

SUPP. DECL. OF DENISE M. MINGRONE ISO
MOTION TO EXTEND TIME FOR CMC
3:17-CV-00561-WHO

I, Denise M. Mingrone, declare as follows:

1. I am a member of the California State Bar, admitted to practice before this Court, and am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Plaintiff Synopsys, Inc. ("Synopsys") in this matter. I have personal knowledge of the facts stated in this declaration. I could and would testify competently to the matters stated herein.

2. On Friday afternoon July 13, the day after Synopsys filed its motion, Ubiquiti/UNIL informed me that they had reconsidered and were "willing to do a mediation with Judge Phillips or Judge Feess prior to the end of July." *See* Ex. C at 2-3 (7/13/2018 email from J. Taylor). Specifically, however, Defendants demanded that Synopsys mediate with Judge Gary Feess (not Judge Phillips as ordered by the Court) and only on July 19 or 23. *Id.* I reminded counsel that the parties currently have depositions scheduled for July 18, 19, 24, 25, and 27 and need to prepare for said depositions, but I nevertheless agreed to ask Synopsys about its availability to mediate on those two dates. *Id.* at 1 (7/13/2018 email from D. Mingrone).

3. After determining Synopsys could not accommodate either date based on such late notice and pre-planned travel, on Sunday, July 15, I informed Ubiquiti/UNIL that Synopsys was not available to attend a mediation on either date. *Id.* (7/15/2018 email from D. Mingrone). I renewed Synopsys' requests that Ubiquiti/UNIL agree to one of the several later dates already proposed by Judge Phillips for prior to the September 11 CMC, or, in the alternative, that it stipulate to move the CMC to October 16 in order to accommodate its own schedule. *Id.*

4. A true and correct copy of the parties' email correspondence described above is attached hereto as **Exhibit C.**

5. Synopsys remains committed to mediating before Judge Phillips, who is the mediator selected by both parties and who is intimately familiar with the facts of the case and the parties' positions. Synopsys believes that the parties' best chance at settlement is to attend a further mediation session with Judge Phillips now that the parties have engaged in substantially more discovery than they had at the time of the original mediation session.

6. Again, Synopsys foresees no reason why extending the CMC to October 16 would affect any existing deadlines or schedules in this case.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed this 17th day of July, 2018 at Menlo Park, California.

   _/s/ Denise M. Mingrone_____
   DENISE M. MINGRONE

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

SUPP. DECL. OF DENISE M. MINGRONE ISO
MOTION TO EXTEND TIME FOR CMC
3:17-CV-00561-WHO