IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br>        Plaintiff, <br><br>    v. <br><br> UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive, <br><br>        Defendants. | Case No. 3:17-cv-00561-WHO (LB) <br><br> **ORDER DENYING SYNOPSYS' MOTION TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE** |
| UBIQUITI NETWORKS, INC. <br><br>        Counterclaimant, <br><br>    v. <br><br> SYNOPSYS, INC., <br><br>        Counterdefendant. | |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

ORDER GRANTING MOTION TO EXTEND TIME FOR
CASE MANAGEMENT CONFERENCE
3:17-CV-00561-WHO

Before the Court is Synopsys, Inc.'s ("Synopsys") Motion to Extend Time for Case Management Conference. Having considered the Motion, the opposition thereto, the pleadings on file, and any other relevant materials, the Motion is **DENIED**. The parties continue their inexplicable inability to work together on the simplest of issues. Given their distinguished law firms, this is quite surprising. They are doing no favors to their clients and incurring no goodwill with the Court.

I previously concluded that it made sense for the parties to return to the accomplished mediator whom they had educated on the case. If it was impossible to return to him, counsel should have returned to Court to see if a substitute would be acceptable. They know better. If they had, I would have ruled, given that Judge Feess was present at the first mediation, he would also be acceptable.

I order that the parties mediate this case with Judge Phillips prior to the Further Case Management Conference set for September 11, 2018, if he has a date available. If he is unavailable, and Judge Feess is, they shall mediate with him and I will consider shifting the cost of his fee to defendants. Regardless, the CMC will occur on September 11, 2018. The joint CMC statement is due September 4, 2018.

**IT IS SO ORDERED.**

Dated: July 23, 2018



HON. WILLIAM H. ORRICK
United States District Judge

ORDER GRANTING MOTION TO EXTEND TIME FOR
CASE MANAGEMENT CONFERENCE
3:17-CV-00561-WHO