DENISE M. MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
ROBERT L. URIARTE (STATE BAR NO. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

CLAUDIA WILSON FROST (*Pro Hac Vice*)
cfrost@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
609 Main Street, 40th Floor
Houston, TX 77002-3106
Telephone: +1 713 658 6460
Facsimile: +1 713 658 6401

Attorneys for Plaintiff
SYNOPSYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-00561-WHO<br><br>**MANUAL FILING NOTIFICATION**<br><br>Date: November 7, 2018<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |
| UBIQUITI NETWORKS, INC. AND UBIQUITI NETWORKS INTERNATIONAL LIMITED,<br><br>    Counterclaimants,<br><br>  v.<br><br>SYNOPSYS, INC.,<br><br>    Counterdefendant. | |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBITS B and D to the DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF SYNOPSYS, INC.'S MOTION FOR SANCTIONS FOR SPOLIATION.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___Voluminous Document (PDF file size larger than efilng system allowances)

___Unable to Scan Documents

___Physical Object (description):_____

_X_Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___Item Under Seal

___Conformance with the Judicial Conference Privacy Policy (General Order 53).

___Other (description):_____

Dated:   October 3, 2018          DENISE M. MINGRONE
                                  CLAUDIA WILSON FROST
                                  ROBERT L. URIARTE
                                  ORRICK, HERRINGTON & SUTCLIFFE LLP


                                  By: */s/ Denise M. Mingrone*
                                       DENISE M. MINGRONE

                                  Attorneys for Plaintiff
                                  SYNOPSYS, INC.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

MANUAL FILING NOTIFICATION
3:17-CV-00561-WHO

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025-1015.

On October 3, 2018, I served the following document(s) entitled:

**MANUAL FILING NOTIFICATION**

**FLASH DRIVE OF MANUALLY FILED EXHIBITS B AND D TO THE DECLARATION OF DENISE M. MINGRONE IN SUPPORT OF SYNOPSYS, INC.'S MOTION FOR SANCTIONS FOR SPOLIATION**

on all interested parties to this action in the manner described as follows:

| | |
|---|---|
| Jennifer Lee Taylor, Esq.<br>Joyce Liou. Esq.<br>Amanda D. Phillips, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Email: JTaylor@mofo.com<br>Email: JLiou@mofo.com<br>Email: APhillips@mofo.com<br><br>*Counsel for Defendants Ubiquiti Networks, Inc. and Ubiquiti Networks International Limited* | Christopher C. Cooke, Esq.<br>Murphy Cooke Kobrick LLP<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Email: ccooke@mckllp.com<br><br>*Counsel for Defendant Ching-Han Tsai* |

☒ **(VIA FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY)** I placed true and correct copies of the document(s) listed above in sealed package(s) designated by Federal Express for that purpose and caused the package(s) to be delivered to a Federal Express agent for delivery to the parties listed above, with the delivery fees paid or provided for by the sender.

☒ **(VIA EMAIL)** I caused to be transmitted from the electronic address ncort@orrick.com the electronic versions of the document(s) listed above to the electronic address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 3, 2018 at Menlo Park, California.

_____
Noah W. Cort