# Exhibit FF

# Redacted Version of Document Filed Provisionally Under Seal