United States District Court
Northern District of California

# Document Locator

Case Number: __17-561 WHO__

Date Filed: __10/3/18__

Document Type:

    Reporter's Transcript: _____

    Trial Exhibits: _____

    Lodged Documents: _____

    Sealed Documents: _____

    Other: __notice of manual filing flash drive__

Location:

    Expando File:
    (located next to file) _____

    Overflow Shelf: _____

    Vault: _____

    Other: _____

**Document Number:** __#245__