JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
STACEY M. SPRENKEL (SBN 241689)
SSprenkel@mofo.com
JOYCE LIOU (SBN 277720)
JLiou@mofo.com
AMANDA D. PHILLIPS (SBN 305614)
APhillips@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

WENDY J. RAY (SBN 226269)
WRay@mofo.com

MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone:    (213) 892-5200
Facsimile:     (213) 892-5454

*Attorneys for Defendants/Counterdefendants*
UBIQUITI NETWORKS INC. and UBIQUITI NETWORKS INTERNATIONAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive<br><br>　　　　　　Defendants.<br><br>UBIQUITI NETWORKS, INC. and UBIQUITI NETWORKS INTERNATIONAL LIMITED,<br><br>　　　　　　Counterclaimants,<br><br>　v.<br><br>SYNOPSYS, INC.,<br><br>　　　　　　Counterdefendant. | Case No. 3:17-cv-00561-WHO<br><br>**DECLARATION OF WENDY J. RAY IN SUPPORT OF UBIQUITI NETWORKS, INC. AND UBIQUITI NETWORKS INTERNATIONAL LIMITED'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JAMES E. MALACKOWSKI AND WILLIAM HASLER** |

1. I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for Defendants Ubiquiti Networks, Inc. and Ubiquiti Networks International Limited (collectively, "Ubiquiti Defendants"). I submit this declaration in support of the Ubiquiti Defendants' Motion to Exclude the Expert Testimony of William Hasler and James E. Malackowski. I have personal knowledge of the matters set forth below.

2. James E. Malackowski submitted an expert report on August 3, 2018. Attached as **Exhibit A** to this declaration is a true and correct copy of James E. Malackowski's expert report.

3. James E. Malackowski sat for a deposition on August 30, 2018, in San Francisco, California. Attached as **Exhibit B** to this declaration is a true and correct copy of excerpts of the deposition transcript of James E. Malackowski's August 30, 2018 deposition.

4. William Hasler submitted an expert report on August 3, 2018. Attached as **Exhibit C** to this declaration is a true and correct copy of William Hasler's expert report.

5. William Hasler sat for a deposition on September 6, 2018, in San Francisco, California. Attached as **Exhibit D** to this declaration is a true and correct copy of excerpts of the deposition transcript of William Hasler's September 6, 2018 deposition.

6. Attached as **Exhibit E** to this declaration is a true and correct copy of the errata for the deposition of William Hasler taken on September 6, 2018. This errata was served by counsel for Synopsys, Inc. on October 10, 2018.

7. Norm Kelly sat for a deposition on July 24 and July 25, 2018, in San Francisco, California. Attached as **Exhibit F** to this declaration is a true and correct copy of excerpts of the transcript of Norm Kelly's deposition on July 24, 2018.

8. Stephen Edwards sat for a deposition on September 28, 2018, in San Francisco, California. Attached as **Exhibit G** to this declaration is a true and correct copy of excerpts of the deposition transcript of Stephen Edwards' September 28, 2018 deposition.

9. Rajendra Kundapur sat for a deposition on February 2, 2018 in San Francisco, California and July 18, 2018, in Palo Alto, California. Attached as **Exhibit H** to this declaration is a true and correct copy of excerpts of the transcript of Rajendra Kundapur's deposition on February 2, 2018.

1  10. Attached as **Exhibit I** to this declaration is a true and correct copy of excerpts of the transcript of Rajendra Kundapur's deposition on July 18, 2018.

11. Bart Hanlon sat for a deposition on August 2, 2018 in San Francisco, California. Attached as **Exhibit J** to this declaration is a true and correct copy of excerpts of the transcript of Bart Hanlon's deposition.

12. Attached as **Exhibit K** is a true and correct copy of Exhibit 351 to Mr. Hasler's deposition, which bears the Bates numbers SNPS0061203 to SNPS0061211 and is entitled *Corporate Governance Best Practices: Strategies for Public, Private, and Not-for-Profit Organizations*, by Frederick D. Lipman and L. Keith Lipman.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 11, 2018 at Los Angeles, California.

/s/ Wendy J. Ray

Wendy J. Ray