UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

   v.

UBIQUITI NETWORKS, INC., et al.,

        Defendants.

Case No. 17-cv-00561-WHO   (KAW)

**ORDER GRANTING DEFENDANT'S REQUEST TO EXCUSE PERSONAL ATTENDANCE**

Re: Dkt. No. 334

On November 8, 2018, Defendant Ching-Han Tsai filed a request to be excused from personally appearing at the November 30, 2018 settlement conference. (Dkt. No. 334.) The Court GRANTS the request. Defendant Tsai may appear by video, to be set up by Defendant's counsel on Defendant's counsel's equipment. The Court will not provide equipment or technical assistance.

IT IS SO ORDERED.

Dated: November 8, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge