DENISE M. MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
JARED BOBROW (STATE BAR NO. 133712)
jbobrow@orrick.com
ROBERT L. URIARTE (STATE BAR NO. 258274)
ruriarte@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

CLAUDIA WILSON FROST (*Pro Hac Vice*)
cfrost@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
609 Main Street, 40th Floor
Houston, TX  77002-3106
Telephone:    +1 713- 658 6460
Facsimile:    +1 713 658 6401

Attorneys for Plaintiff/Counterdefendant
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 3:17-cv-00561-WHO <br><br> **NOTICE OF SETTLEMENT AND ORDER** <br><br> Date Action Filed: February 7, 2017 <br> Judge:  Hon. William H. Orrick |

Plaintiff Synopsys, Inc. ("Synopsys") together with defendants Ubiquiti Networks, Inc., Ubiquiti Networks International Limited, and Ching-Han Tsai hereby report that the parties in this matter have reached a tentative settlement. In order to allow the preparation and execution of all settlement and related papers, the parties jointly request that the Court continue all dates set in this matter for a period of two (2) weeks from the date of this request or until January 31, 2019. Upon execution of the settlement and related documents, Synopsys will file a dismissal in this matter.

                                        Respectfully submitted,

Dated:  January 17, 2019        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        By: */s/ Denise M. Mingrone*
                                               DENISE MINGRONE
                                       Attorneys for Plaintiff/Counterdefendant
                                               Synopsys, Inc.

Dated:  January 17, 2019        MORRISON & FOERSTER LLP

                                        By: */s/ Wendy J. Ray*
                                               WENDY J. RAY
                                       Attorneys for Defendants
                                       Ubiquiti Networks, Inc. and
                                     Ubiquiti Networks International Limited

Dated:  January 17, 2019        MURPHY COOKE KOBRICK LLP

                                        By: */s/ Christopher C. Cooke*
                                           CHRISTOPHER C. COOKE
                                     Attorneys for Defendant
                                     Ching-Han Tsai

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  January 17, 2019        By: */s/ Denise M. Mingrone*
                                             DENISE MINGRONE

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES' NOTICE OF SETTLEMENT, ALL DATES IN THIS MATTER ARE HEREBY CONTINUED FOR A PERIOD OF TWO WEEKS. IT IS SO ORDERED.

DATED: January 22, 2019

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE