| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:17-cv-00561-WHO<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS WITH PREJUDICE AND ENTRY OF STIPULATED JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date Action Filed: February 3, 2017<br><br>Judge: Hon. William H. Orrick |

The Joint Motion to Dismiss pursuant to FED. R. CIV. P. 41(a) is hereby GRANTED. All claims of Plaintiff and Counterdefendant, Synopsys, Inc. ("Synopsys") and Defendants and Counterclaimants, Ubiquiti Networks, Inc. and Ubiquiti Networks International Limited (collectively "UBNT") and Defendant, Ching-Han Tsai ("Tsai") are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs in connection herewith.

The Clerk is ORDERED to enter the Stipulated Judgment and Permanent Injunction among Plaintiff, Synopsys, Inc. and Defendants, Ubiquiti Networks, Inc. and Ubiquiti Networks International Limited and terminate Ching-Han Tsai from this case. The Court will retain jurisdiction over the remaining parties and the case as set forth in the Stipulated Judgment and Permanent Injunction.

DATED: January 24, 2019

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

ORDER GRANTING JOINT MOTION
TO DISMISS WITH PREJUDICE
3:17-CV-00561-WHO