UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., UBIQUITI NETWORKS INTERNATIONAL LIMITED, CHING-HAN TSAI, and DOES 1-20, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 3:17-cv-00561-WHO <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

WHEREAS, on February 3, 2017, Plaintiff Synopsys, Inc. ("Synopsys") filed its Complaint for Violations of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201 et seq. ("DMCA") and of other federal statutes and the common laws of California against Defendants Ubiquiti Networks, Inc. ("Ubiquiti") and Ubiquiti Networks International Limited ("UNIL"), (collectively "Ubiquiti Defendants"), Ching-Han Tsai ("Tsai") and Does 1 through 10 (the "Litigation");

WHEREAS Ubiquiti and UNIL have been served with and answered the Complaints in the Litigation;

WHEREAS in the Litigation Synopsys seeks a permanent injunction to prevent any unlicensed use of Synopsys's software;

WHEREAS, Synopsys and Ubiquiti and UNIL have resolved the claims between them, the consideration for which includes the entry of this Consent Judgment and Permanent Injunction;

THEREFORE, IT IS HEREBY SO STIPULATED that:

1. Ubiquiti and UNIL are hereby permanently restrained and enjoined from accessing, using, distributing or selling any Synopsys products or any electronic files associated with the use

of or access to any Synopsys products, including but not limited to license key files, without a valid license.  Ubiquiti and UNIL may use or access Synopsys products only with a valid license;

2. Ubiquiti and UNIL are hereby ordered to cease using and return to Synopsys all Synopsys Materials, as defined in paragraph 3 of the Confidential Settlement Agreement;

3. Synopsys and Ubiquiti and UNIL consent to the Court retaining jurisdiction of the subject matter hereof and over Ubiquiti and UNIL to ensure compliance with this Consent Judgment and Permanent Injunction; and

4. This Consent Judgment and Permanent Injunction is final and non-appealable, with the parties to bear their own costs and attorneys' fees incurred in connection with this dispute.

STIPULATED AND AGREED TO BY:

Dated: __January 23__, 2019     DENISE MINGRONE
                                Orrick, Herrington & Sutcliffe LLP

By: ___*/s/Denise Mingrone*___
    DENISE MINGRONE
    Attorneys for Plaintiff, Synopsys, Inc.

Dated: __January 23__, 2019     WENDY J. RAY
                                Morrison & Foerster LLP

By: ___*/s/ Wendy J. Ray*___
    WENDY J. RAY
    Attorneys for Defendants, Ubiquiti Networks, Inc.
    and Ubiquiti Networks International Limited

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: January 23, 2019     By: */s/Denise Mingrone*
                                DENISE MINGRONE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 24, 2019

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE